# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
D. Hill, Deputy
11/21/2022 3:34:58 PM
Filing ID 15160200

**Plaintiff's Attorney:**
Byron F Browne
Bar Number: 030499, issuing State: AZ
Law Firm: Browne Law Group
366 North Gilbert Road Suite 202
Gilbert, AZ 85234
Telephone Number: (480)771-2442
Email address: legal@antilawyer.com

CV2022-095116

**Plaintiff:**
Chandler Fernandez
366 North Gilbert Road Suite 202
Gilbert, AZ 85234

**Defendants:**
Cathan Cornelius
1871 East Del Rio Dr.
Tempe, AZ 85282

The Church of Jesus Christ of Latter-Day S
50 E North Temple
Salt Lake City, UT 84150

Discovery Tier t3

Case Category: Tort Motor Vehicle
Case Subcategory: Non-Death/Personal Injury

AZTurboCourt.gov Form Set #7420968





Byron F. Browne (030499)
**BROWNE LAW GROUP**
366 North Gilbert Rd, Suite 201
Gilbert, Arizona 85234
Phone/Fax: (480) 771-2442
byron@antilawyer.com
legal@antilawyer.com
*Attorney for Plaintiff*

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Chandler Fernandez,<br><br>Plaintiff,<br><br>vs.<br><br>Cathan Cornelius, an individual; and The Church of Jesus Christ of Latter-Day Saints; a Utah corporation, et al.,<br><br>Defendants. | Case No.: CV2022-095116<br><br>**REPLACEMENT SUMMONS TO DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**<br><br>(Assigned to Honorable Stephen Hopkins) |

If you would like legal advice from a lawyer, Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

**THE STATE OF ARIZONA TO THE DEFENDANTS:**

YOU ARE HEREBY SUMMONED and required to appear and defend against the complaint, which is herewith served upon you, within twenty (20) days, exclusive of the day of service, after service of this summons upon you if served within the State of Arizona. If served outside of the State of Arizona, you must appear and defend within thirty (30) days, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

1

e name and address of the Plaintiffs attorney is:

        Byron F. Browne (030499)
        Browne Law Group
        366 North Gilbert Rd, Suite 201
        Gilbert, Arizona 85234
        480-771-2442

**REQUSTS FOR RESONABLE ACCOMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST THREE (3) JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

**REQUESTS FOR AN INTERPRETER FOR PERSONS WITH LIMITED ENGLISH PROFIECENY MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY THE PARTY NEEDING THE INTERPRETER AND/OR TRANSLATOR OR HIS/HER COUNSEL AT LEAST TEN (10) JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.**

SIGNED AND SEALED this Date: _____ DEC 2 9 2022



JEFF FINE, CLERK

By: _____
Clerk of Superior Court

C. Chavez

Clerk of the Superior Court
*** Electronically Filed ***
D. Hill, Deputy
11/21/2022 3:34:58 PM
Filing ID 15160199

Byron F. Browne (030499)
**BROWNE LAW GROUP**
366 North Gilbert Rd, Suite 201
Gilbert, Arizona 85234
Phone/Fax: (480) 771-2442
byron@antilawyer.com
legal@antilawyer.com
*Attorney for Plaintiff*

### IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Chandler Fernandez, | Case No.: CV2022-095116 |
| Plaintiff, | **COMPLAINT** |
| vs. | (Tort/Motor Vehicle) |
| Cathan Cornelius, an individual; and The Church of Jesus Christ of Latter-Day Saints; a Utah corporation, et al., | (Tier 3) |
| Defendants. | |

Plaintiff, Chandler Fernandez, by and through counsel undersigned, for his Complaint alleges as follows:

### JURISDICTIONAL ALLEGATIONS

1. This action is brought pursuant to 28 U.S.C. § 1332. Jurisdiction is based upon 28 U.S.C. § 1441.

2. Venue in this district is proper because all facts pled and all acts and omissions giving rise to the Complaint occurred in Maricopa County, in the District of Arizona.

1

3. Plaintiff Chandler Fernandez ("Fernandez or Plaintiff") is a citizen of the United States and a resident of Maricopa County, Arizona.

4. Defendant Cathan Dean Cornelius ("Cornelius or Defendant") is a citizen of the United States and a resident of the State of Arizona.

5. Upon information and belief Defendant The Church of Jesus Christ of Latter-Day Saints ("LDS") is a Utah corporation sole, located and operating within Maricopa County, Arizona.

6. Defendant LDS employed Defendant Cornelius. Defendant LDS is responsible for the acts and omissions of Defendant Cornelius while he is acting within the course and scope of his employment with LDS.

7. Defendant Cornelius was employed with Defendant LDS when he struck Plaintiff Fernandez causing significant injuries to Plaintiff. Defendant Cornelius is being sued in his individual capacity.

## GENERAL ALLEGATIONS

8. Plaintiff re-alleges and incorporates herein by this reference Paragraphs 1 through 7 of his Complaint as though expressly set forth herein.

9. On or about February 12, 2022, Plaintiff was riding his bicycle on Southern Avenue and Hardy Drive in Tempe, Arizona.

10. Plaintiff was riding his bicycle on the sidewalk of Southern Avenue, as there is no available bicycle lane at that location.

11. As Plaintiff was attempting to ride through the crosswalk of Hardy Drive, Defendant Cornelius accelerated to turn right, collided with the Plaintiff, and then ran the Plaintiff over.

12. Plaintiff has suffered permanent injuries, loss of enjoyment of life, suffered loss of past and future household services, expenses for medical care and treatment, and incurred expenses incidental thereto.

## COUNT ONE – NEGLIGENCE
**(Defendants Cornelius and The Church of Jesus Christ of Latter-Day Saints)**

13. Plaintiff re-alleges and incorporates herein by this reference Paragraphs 1 through 12 of his Complaint as though expressly set forth herein.

14. Defendant Cornelius owed a duty of care to Plaintiff to operate his vehicle in a reasonable and prudent manner to avoid a collision with Plaintiff.

15. Defendant Cornelius breached the duty of care to Plaintiff, causing the collision and causing bodily injury to Plaintiff by failing to exercise due care in the operation of his vehicle.

16. Defendant LDS breached its duty of care to Plaintiff, causing injuries to Plaintiff.

17. As a result of the collision caused by Defendants' negligence, Plaintiff incurred expenses for medical treatment and expenses for related treatment and care as a result of injuries sustained in this collision, and he will continue to incur such expenses in the future.

18. As a result of the collision caused by Defendants' negligence, Plaintiff suffered pain and suffering, inconvenience, curtailment of his usual activities, loss of enjoyment of life, great pain of body and mind, inconvenience, loss of enjoyment, and pain and suffering in the future.

## COUNT TWO - NEGLIGENCE PER SE
### (ALL DEFENDANTS)

19. Plaintiff re-alleges and incorporates herein by this reference Paragraphs 1 through 18 of his Complaint as though expressly set forth herein.

20. Defendant Cornelius owed a duty of care to Plaintiff, along with other motorists on the roadway, to operate his vehicle in a reasonable and safe manner, in accordance with, and respecting Arizona's traffic laws, in such a manner as to not create a hazard for motorists on the roadway.

21. Defendants' breach of that duty of care constitutes violation of A.R.S. § 28-701 (reasonable & prudent speed).

22. These violations were the direct and proximate cause of Plaintiff's injuries and damages.

## COUNT THREE
### (Respondeat Superior)
### (The Church of Jesus Christ of Latter-Day Saints)

23. Plaintiff re-alleges and incorporates herein by this reference Paragraphs 1 through 22 of his Complaint as though expressly set forth herein.

24. Defendant LDS is responsible for the actions of its employees pursuant to the doctrine of *respondeat superior*.

**WHEREFORE,** Plaintiff pays for Judgment against Defendants as follows:

a) For general damages, in an amount to be proven at trial.

b) For special damages, in an amount to be proven at trial.

c) For reasonable attorney's fees and costs; and interest at the statutory rate; and

d) For such other and further relief as this Court deems proper.

**RESPECTFULLY SUBMITTED** this 21st day of November, 2022.

        **BROWNE LAW GROUP**

        By: /s/ *Byron Browne*
           Byron F. Browne (030499)
           366 North Gilbert Rd, Suite 201
           Gilbert, Arizona 85234
           *Attorney for Plaintiff*

Clerk of the Superior Court
*** Electronically Filed ***
D. Hill, Deputy
11/21/2022 3:34:58 PM
Filing ID 15160201

Person/Attorney Filing: Byron F Browne
Mailing Address: 366 North Gilbert Road Suite 202
City, State, Zip Code: Gilbert, AZ 85234
Phone Number: (480)771-2442
E-Mail Address: legal@antilawyer.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 030499, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

Chandler Fernandez
Plaintiff(s),
v.
Cathan Cornelius, et al.
Defendant(s).

Case No. CV2022-095116

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Byron F Browne /s/
Plaintiff/Attorney for Plaintiff

Byron F. Browne (030499)
**BROWNE LAW GROUP**
366 North Gilbert Rd, Suite 201
Gilbert, Arizona 85234
Phone/Fax: (480) 771-2442
byron@antilawyer.com
legal@antilawyer.com
*Attorney for Plaintiff*

## SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CHANDLER K. FERNANDEZ, a single individual,<br><br>Plaintiff,<br>vs.<br><br>CATHAN DEAN CORNELIUS, an individual; and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; a Utah corporation, et al.,<br><br>Defendants. | Case No.: CV2022-095116<br><br>**ACCEPTANCE OF SERVICE TO DEFENDANTS CATHAN DEAN CORNELIUS AND THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**<br><br>**(Assigned to the Honorable Roger Brodman)** |

I, John M. Gregory, Esq., counsel for Defendants, am authorized to accept service on behalf of Defendants Cathan Dean Cornelius and The Church of Jesus Christ of Latter-Day Saints, a Utah corporation sole, in lieu of formal service of process (service by a process server or sheriff), and understand by accepting these papers, it is the same as if the Defendants were personally served under Rule 4.1(d)(3) and (i) of the Arizona Rules of Civil Procedure.

Defendants Cathan Dean Cornelius and The Church of Jesus Christ of Latter-Day Saints, a Utah corporation sole, retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the Summons or the service of the Summons.

1



DATED this \_\_\_ day of January, 2023.

JONES, SKELTON & HOCHULI, PLC

By: _____
John M. Gregory
40 North Central Ave., #2700
Phoenix, Arizona 85004
*Attorney for Defendants*

**FILED** this 17th day of January, 2023,
via AzTurbo Court

Maricopa County Superior Court
201 W. Jefferson Street
Phoenix, Arizona 85003

**COPY** emailed this same date to:

John M. Gregory
JONES SKELTON & HOCHULI, PLC
40 North Central Ave., #2700
Phoenix, Arizona 85004

By:/s/ Donna Evans – donna@antilawyer.com