Mark D. Zukowski, Bar #006734
John M. Gregory, Bar #030633
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4554
Fax: (602) 200-7863
mzukowski@jshfirm.com
jgregory@jshfirm.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Chandler Fernandez,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Cathan Cornelius, an individual; and The Church of Jesus Christ of Latter-Day Saints, a Utah corporation, et al.,<br><br>　　　　　　　　　　Defendants. | No.<br><br>**DEFENDANT, THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant, The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, in compliance with the provisions of: *(check one)*

　　__X__　Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

　　_____　Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any

11332595.1

nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__ No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  (Attach additional pages if needed.)

_____

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.  List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)

_____ Relationship _____

_____ Other (please explain).

_____

_____

_____

2

11332595.1

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 23rd day of January, 2023.

JONES, SKELTON & HOCHULI, P.L.C.

By */s/ John M. Gregory*
Mark D. Zukowski
John M. Gregory
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants

3

11332595.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/  Wendy Mungai

11332595.1