Mark D. Zukowski, Bar #006734
John M. Gregory, Bar #030633
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4554
Fax: (602) 200-7863
mzukowski@jshfirm.com
jgregory@jshfirm.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Chandler Fernandez,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Cathan Cornelius, an individual; and The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, et al.,<br><br>　　　　　　　　Defendants. | No. CV-23-146-PHX-MTL<br><br>**Defendants' Statement of Good Cause for Subject Matter Jurisdiction** |

Defendants, in response to the Court's order of February 9, 2023, hereby submit this statement in support of their removal to United States District Court, District of Arizona.

I.   **PERTINENT FACTUAL BACKGROUND**

This case arises out of a motor vehicle accident occurring in Maricopa County, Arizona (Complaint ¶ 2, 9) and involving Chandler Fernandez and Cathan Cornelius. Mr. Cornelius was a missionary for The Church of Jesus Christ of Latter-day Saints at the time of the accident. Plaintiff is a resident of Maricopa County, Arizona. (Complaint ¶ 3). Contrary to the allegations in the Complaint, however, Defendant Cornelius is a resident of and domiciled in Idaho. (**Exhibit A,** Affidavit of Cathan Cornelius, ¶ 3). Plaintiff sought to have the case set in discovery Tier 3 upon filing in Maricopa County Superior Court. (Complaint p. 1).

11427044.1

## II. LEGAL ARGUMENT

As alleged in Plaintiff's complaint, jurisdiction is proper under 28 U.S.C. § 1332 and § 1441. (Complaint ¶ 1). Congress grants the District Court original jurisdiction of disputes between parties of different states, provided the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a).

Plaintiff filed this case in the Superior Court in and for Maricopa County and designated its discovery tier as Tier 3. A Tier 3 case signifies that the filing party believes that the amount in controversy is $250,000 or greater. Rule 26.2(c)(3)(C), *Arizona Rules of Civil Procedure*. The amount in controversy requirement of 28 U.S.C. § 1332(a) is therefore satisfied.

The only remaining requirement for this Court to have jurisdiction under 28 U.S.C. § 1332(a) is that the parties be of different states. "Absent unusual circumstances, a party seeking to invoke diversity jurisdiction should be able to allege affirmatively the actual citizenship of the relevant parties." *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001). At the removal stage, "the defendants [are] merely required to allege (not to prove) diversity." *Id.* The Court nevertheless has an interest in determining "legitimate questions" about the same. *See Id.*

The Court indicated that such a question was created by Plaintiff's allegation in the Complaint that Defendant Cornelius is an Arizona resident. That allegation is wrong. Defendant Cornelius is a citizen of and domiciled in Idaho. (See **Exhibit A**). He has never been domiciled in Arizona, and any time in Arizona was spent only as part of his religious mission and without any intent to remain a citizen of or domiciled in Arizona. It is also undisputed that Defendant, The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, is domiciled in Utah, creating complete diversity—Plaintiff a resident of Arizona and defendants residents of Utah and Idaho. Jurisdiction is therefore proper under 28 U.S.C. § 1332(a).

11427044.1

**III.  CONCLUSION**

Based on this affidavit, Defendants believe that the allegation of Defendant Cornelius being a resident of Arizona has been effectively disproven and that there is no longer any question about whether this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a). Defendants are nevertheless happy to provide this Court with any additional information it believes is necessary to resolve any questions about whether diversity is proper under 28 U.S.C. § 1332(a), and would indeed seek leave of the Court to provide as much should such a question remain.

DATED this 23rd day of February, 2023.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ John M. Gregory
Mark D. Zukowski
John M. Gregory
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2023, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/  Wendy Mungai

11427044.1